■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERNANDO GORDON, Appellant. [751 NYS2d 857] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 22, 1997 (*People v Gordon,* 242 AD2d 640), affirming a judgment of the Supreme Court, Kings County, rendered November 23, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Prudenti, P.J., Santucci, Florio and Friedmann, JJ., concur.